IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal No. 19-128 |
| v. | ) | |
| | ) | Judge Cathy Bissoon |
| ROBERT J. KLOSS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

    The Probation Office has filed a Petition (Doc. 5) seeking a hearing on its request to modify Defendant's conditions of supervision.  By future order, the Court will grant the Petition, set a hearing and issue a summons requiring Defendant to appear.

    Pursuant to Criminal Rule 32.1(c)(1), Defendant has a right to have legal counsel appear on his behalf.  Thus, it hereby is ORDERED that, on or before **May 25, 2023**, Defendant shall complete, sign, date and transmit the attached "Notice of Intention" form to the Clerk's Office (Courthouse, 3rd Floor), either in person, or via U.S. Mail, at the address provided on the form. Failure to comply with this Order may result in a waiver of legal rights.

    IT IS SO ORDERED.

May 12, 2023                                                           s\Cathy Bissoon
                                                                                  Cathy Bissoon
                                                                                  United States District Judge

Attachment (Notice of Intention form)

cc (via ECF email notification):

All Counsel of Record

cc (via First-Class U.S. Mail):

Robert J. Kloss, Jr.
546 Bowden Rd.
New Castle, PA  16105